# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

RICHARD BARRETTA

        Plaintiff,

vs.

VTN NEVADA, a Nevada Corporation

        Defendant.

_____/

CASE NO: 3:14-cv-00404

**ORDER GRANTING JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT AND TO DISMISS LAWSUIT WITH PREJUDICE**

    Following inspection of the Settlement Agreement and General Release (the "Agreement") submitted by Plaintiff Richard Barretta and Defendant VTN Nevada (collectively, the "Parties"), and having considered the Parties' Joint Motion to Approve Settlement Agreement and to Dismiss Lawsuit with Prejudice, the Court finds that the Parties' dispute over Plaintiff's claims for damages under the Fair Labor Standards Act ("FLSA") is genuine, that the Agreement was entered into in good faith, and that the Agreement constitutes a fair and reasonable compromise of Plaintiff's claims for relief under the FLSA.

    Having so found, the Court hereby approves the Parties' Agreement.

///

///

///

///

///

1  IT IS HEREBY ORDERED that the Parties' Joint Motion to Approve Settlement
2 Agreement and to Dismiss Lawsuit With Prejudice is GRANTED. This matter is dismissed with
3 prejudice.
4  IT IS SO ORDERED.
5  DATED this 10th day of October, 2014.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE